**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DAVID W. HAMMOND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO.  CV-10-096-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 30th day of June, 2011.

　　　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　　　District Court Executive/Clerk


　　　　　　　　　　　　　　　by:  ____s/Shirley Peters_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel